**Judy CURRY, Plaintiff—Appellant,**

v.

**The POCAHONTAS TIMES, County newspaper, business, located in Marlington, West Virginia; Pamela Pritt, personally and in her professional capacity as Managing Editor, The Pocahontas Times; William P. McNeel, personally and in his professional capacity as Editor and owner, The Pocahontas Times; Jane Price–Sharp, personally and in her capacity as Editor Emerita and owner, The Pocahontas Times, Defendants—Appellees.**

No. 04–1076.

United States Court of Appeals, Fourth Circuit.

Submitted April 29, 2004.

Decided May 4, 2004.

Judy Curry, Appellant pro se.

Before LUTTIG, WILLIAMS, and SHEDD, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Judy Curry appeals the district court's order denying her motion to proceed with-

**154**

out prepayment of fees. We have reviewed the record and find no reversible error. Accordingly, we deny Curry's pending motions to proceed in forma pauperis and to expedite and dismiss for the reasons stated by the district court. *See Curry v. Pocahontas Times,* CA–03–106–2 (N.D.W.Va. Dec. 12, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*